**STATE v. STROUD**

[353 N.C. 524 (2001)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ISAAC JACKSON STROUD | ) | |
| | ) | |

No. 165A95-3

(Filed 7 June 2001)

After carefully considering defendant's pro se motion requesting that this Court void a previously filed petition for writ of certiorari, it appears to the Court that defendant is attempting to represent himself despite being currently represented by court-appointed counsel. Therefore, we dismiss the pro se filing.

By order of the Court in Conference, this 7th day of June, 2001.

<u>s/ G.K. Butterfield, Jr., J.</u>
For the Court